SHORT RECORD
NO. 19-3047
FILED 10/17/2019

UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

In re: Wesley I. Purkey
　　　　/ petitioner,

Case No. #＿＿＿＿＿＿＿＿＿
Case No.2:19-cv-00414-JPH-DLP(S.D.Ind.)

### Petition For A Writ Of Mandamus

The Peitioner, Wesley I. Purkey ("Purkey")-acting pro se therein does request that the Court grant him this Petition For A Writ of Mandamus ordering that the United States District Court for the Southern District of Indiana, Judge James Patrick Hanion accept and grant Purkey's Motion to proceed pro se in his own capital habeas proceedings, and to withdraw such pleadings. In support of such request for the Court to grant him the requested Writ of Mandamus Purkey does state the following:

The All Writs Act authorizes federal courts to "issue all writs necessary or appropriate in aid of their respective jurisdiction and agreeable to the usage usage and principles of law. 28 U.S.C. § 1651£a·. See in re: Campbell, 264 F.3d 730, 731 £7th Cir. 2001·. Further' party seeking issuance of the writ must "have no other adequate means to attain relief he desires. Eisenberg v. United States District Court for the Southern District of Indiana, 910 F.2d 374, 375 (7th Cir. 1990)(petitioner must show "that immediate correction is nec-essary--without it the petitioner will suffer irreparable and serious injury); quoting In re: Rhone-Poulenc-Rover, 51 F.3d 1293, 1305 (7th cir. 1995). Here Petition will demonstrate that he has a right to the relief requested under the applicable standards of law for issu-ance the Writ of Mandamus, as well as that he does not have an

1.

alternative under law for gaining such releif.

Facts applicable to Petitioner's Request For A Writ of Mandamus

1.    Purkey is awaiting execution at the United States Penitentiary, at Terre Haute, Indiana scheluded for December 13th, 2019. The facts germane to Purkey's scheluded execution are set forth and delineated through Purkey v. Warden of USP/TH, Case No. 2:19-cv-00414-JPL-DLP and will not be reitated herein.

2.    Purkey sought to withdraw a Petition For Habeas Relief filed by his capital habeas counsel after they "coerced him into signing such under the pretense of filing "only the claims" which were actually in the petition that he had filed." Instead' after Purkey filed such petition Purkey's capital habeas attorneys in deceiving him then "rewrote the petition and filed it with the Court despite Purkey' being adamant that such issues were not to be sought via the petition being filed before the Court. Because of this underhanded and unscrupulous beahvior by his capital counsel Purkey immediately filed a motion before the court to withdraw such petition which he had not approved to be filed with the court, and to the contrary had adamantly told his habeas capital counsel "not to file verbatim." Here the District Court construed Purkey's valid request that such habeas petition be withdraw into one claiming taht Purkey was trying to give "hybrid" representation in his case. See Dkt. 22. Contrary to the District Court's claims otherwise Purkey has both a valid right to represent himself at any stage of his capital proceedings, whereas under well established Supreme Court precedent Purkey's counsel was prohibited from filing with the district court the very petition that they did after Purkey repeatedly and adamantly told them not to file.

2.

## Purkey Has A Valid Right Under Well Established Law To Proceed Pro Se In These Capital Proceedings:

Under well established law Purkey has a vest right to represent himself in these capital habeas proceedings. Faretta v. Califorina, 442 U.S. 806, 96 S.Ct. 2525, 45 L.Ed.2d 562 (1975). Further' Purkey's capital habeas counsel stands in acute violation of well established Supreme Court precedent in filing the immediate writ of habeas before the district court after Purkey adamantly prohibited them from doing so. (Citation Omitted). The district court in refusing to recognize his vested right to represent hismelf in this action stands in acute violation of well established law. Whereas' the district court being placed on notice that Purkey's habeas capital counsel had filed such petition, not only against his will, but did so in a unbelievable unscrupulousmanner should of immediately sought response by Purkey's counsel regarding the allegations being presented by Purkey. Here the district court merely ignored the irrefutable claims being presented by Purkey and utilized vividly inapposite authority to rebuff Purkey motion to withdraw the habeas petition filed by his unscrupulous counsel.

## Conclusion:

Pursuant to 28 USC § 1651(a) Purkey ask the Court to grant him the Requested Writ of Mandamus, ordering the District Court to allow Purkey to proceed pro se in his own capital habeas proceedings and in turn to grant his motion to withdraw such habeas petition.

RESPECTFULLY SUBMITTED:

*Wesley S. Purkey*

Wesley I. Purkey #14679-045
United States Penitentiary
P.O. Box 33
Terre Haute, IN 47808 - petitioner

3.

Gino Agnello
219 S Dearborn ST
U.S. Court Of Appeals
Chicago, IL 60604

October 10th, 2019

In re: Purkey v. Warden USP/TH,                    2:19cv-00414-JPH-DLP(S.D.Ind.)

Dear Mr. Agnello,

My find enclosed my Petition For A Writ of Mandamus, whereas I have enclosed the original, plue three copies for filing with the Court, If additional information and/or documentation is necessary for filing and processing the enclosed Writ of Mandamus please advise.

Thank you for your attention to such filing.

Sincerely,

Wesley I. Purkey #14679-045
United States Penitentiary
P.O. Box 33
Terre Haute, IN 47808
petitioner / pro se

cc: file

# U.S. District Court
## Southern District of Indiana (Terre Haute)
### CIVIL DOCKET FOR CASE #: 2:19-cv-00414-JPH-DLP

PURKEY v. UNITED STATES OF AMERICA et al

Assigned to: Judge James Patrick Hanlon

Referred to: Magistrate Judge Doris L. Pryor

Cause: 28:2241 Petition for Writ of Habeas Corpus (federal)

Date Filed: 08/27/2019

Jury Demand: None

Nature of Suit: 535 Death Penalty - Habeas Corpus

Jurisdiction: Federal Question

**Petitioner**

**WESLEY IRA PURKEY**                    represented by **Michelle M. Law**
FEDERAL DEFENDER -- WESTERN DISTRICT
OF MISSOURI
901 Saint Louis Street, Suite 801
Springfield, MO 65806
(417) 873-9022
Fax: (417) 873-9038
Email: michelle_law@fd.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rebecca Ellen Woodman**
REBECCA E. WOODMAN, ATTORNEY AT LAW,
L.C.
1263 W. 72nd Ter.
Kansas City, MO 64114
(785) 979-3672
Email: rewlaw@outlook.com
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

**UNITED STATES OF AMERICA**                    represented by **Brian Patrick Casey**
U.S. ATTORNEY'S OFFICE
400 E. 9th Street
Room 5510
Kansas City, MO 64106
816-426-4138
Email: brian.casey@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Brian L. Reitz**
UNITED STATES ATTORNEY'S OFFICE
(Indianapolis)
10 West Market Street
Suite 2100
Indianapolis, IN 46204
317-226-6333
Fax: 317-226-6125
Email: brian.reitz@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Jeffrey E. Valenti**
UNITED STATES ATTORNEY'S OFFICE
400 E. 9th Street
5th Floor
Kansas City, MO 64106
816-426-4262

Fax: 816-426-4328
Email: jeff.valenti@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Kathleen D. Mahoney**
UNITED STATES ATTORNEY'S OFFICE
400 E. 9th Street
Kansas City, MO 64106
816-426-4341
Email: kate.mahoney@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Respondent**

**WARDEN**                                                        represented by   **Brian Patrick Casey**
*USP Terre Haute*                                                                  (See above for address)
                                                                                   *ATTORNEY TO BE NOTICED*

                                                                                   **Brian L. Reitz**
                                                                                   (See above for address)
                                                                                   *ATTORNEY TO BE NOTICED*

                                                                                   **Jeffrey E. Valenti**
                                                                                   (See above for address)
                                                                                   *ATTORNEY TO BE NOTICED*

                                                                                   **Kathleen D. Mahoney**
                                                                                   (See above for address)
                                                                                   *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 08/27/2019 | 1 | PETITION for Writ of Habeas Corpus , filed by WESLEY IRA PURKEY. (No fee paid with this filing) (Attachments: # 1 Appendix)(Woodman, Rebecca) (Entered: 08/27/2019) |
| 08/27/2019 | 2 | CERTIFICATE OF SERVICE by WESLEY IRA PURKEY re 1 Petition for Writ of Habeas Corpus (Woodman, Rebecca) (Entered: 08/27/2019) |
| 08/27/2019 | 3 | MOTION for Attorney(s) Michelle M. Law to Appear pro hac vice (No fee paid with this filing), filed by Petitioner WESLEY IRA PURKEY. (Woodman, Rebecca) (Entered: 08/27/2019) |
| 08/27/2019 | 4 | MOTION to Stay re 1 Petition for Writ of Habeas Corpus , filed by Petitioner WESLEY IRA PURKEY. (Attachments: # 1 Appendix)(Woodman, Rebecca) (Entered: 08/27/2019) |
| 08/27/2019 | 5 | NOTICE of Appearance by Rebecca Ellen Woodman on behalf of Petitioner WESLEY IRA PURKEY. (Woodman, Rebecca) (Entered: 08/27/2019) |
| 08/27/2019 | 6 | MOTION for Leave to Proceed in forma pauperis , filed by Petitioner WESLEY IRA PURKEY. (Woodman, Rebecca) (Entered: 08/27/2019) |
| 08/27/2019 | 7 | APPENDIX Exhibits 1-10, pp. 1-70 - re 1 Petition for Writ of Habeas Corpus by WESLEY IRA PURKEY. (Attachments: # 1 App. Exs. 11-12(partial), pp. 71-141; # 2 App. Exs. 12(partial)-13(partial), pp. 142-209, # 3 App. Exs. 13(partial)-15, pp. 210-263; # 4 App. Exs. 16-21, pp. 264-343; # 5 App. Exs. 22-25(partial), pp. 344-442, # 6 App. 25(partial)-41, pp. 443-653, # 7 App. Exs. 42-45, pp. 654-672; # 8 App. Ex. 46(partial), pp. 673-682; # 9 App. Ex. 46(partial), pp. 683-690; # 10 App. Exs. 47-53(partial), pp. 691-775; # 11 App. Exs. 53(partial)-73, pp. 776-977; # 12 App. Ex. 74-78(partial), pp. 978-1076; # 13 App. Exs. 78(partial)-86, pp. 1077-1168; # 14 App. Exs. 87-101(partial), pp. 1169-1317; # 15 App. Exs. 101(partial)-125, pp. 1318-1460; # 16 App. Exs. 126-127(partial), pp. 1461-1509; # 17 App. Exs. 127(partial)-130, pp. 1510-1564; # 18 App. Exs. 131-139, pp. 1565-1669; # 19 App. Exs.140-144; pp. 1670-1966; # 20 App. Exs. 145-212, pp. 1967-2838; # 21 App. Exs. 213-215, pp. 2839-2913)(Woodman, Rebecca) Modified on 8/28/2019 - added restricted access (RSF). (Entered: 08/27/2019) |
| 08/29/2019 | 8 | ORDER TO SHOW CAUSE - Petitioner Wesley Ira Purkey filed this habeas action pursuant to 28 U.S.C. § 2241. This action will proceed as follows. The United States has already been notified of the filing of the instant habeas petition. It shall have through September 27, 2019, in which to answer the allegations of the habeas petition, and in doing so shall show cause why the relief sought by Mr. Purkey should not be granted. Mr. Purkey shall have through October 28, 2019, in which to reply. The Clerk is directed to restrict access to the exhibits (dkt. 7 ) to Case |

| | | |
|---|---|---|
| | | Participants Only unless and until ordered otherwise. Mr. Purkey shall file either redacted exhibits or a motion to maintain the exhibits under Case Participants Only restricted access by no later than September 13, 2019. Mr. Purkey's motion for leave to proceed in forma pauperis, dkt. 6 , is granted. (See Order.) Signed by Judge James Patrick Hanlon on 8/29/2019.(RSF) (Entered: 08/29/2019) |
| 08/29/2019 | 9 | Order Requiring Supplementation of Habeas Petition - Petitioner's habeas petition does not contain a table of contents. Petitioner shall have through September 5, 2019, to supplement his habeas petition by filing a table of contents that identifies each heading and sub-heading in the habeas petition and the corresponding page on which those headings are located. Signed by Judge James Patrick Hanlon on 8/29/2019. (DMW) (Entered: 08/29/2019) |
| 08/30/2019 | 10 | MOTION to Appoint Counsel , filed by Petitioner WESLEY IRA PURKEY. (Woodman, Rebecca) (Entered: 08/30/2019) |
| 08/30/2019 | 11 | *Supplement to Writ of Habeas Corpus*, filed by Petitioner WESLEY IRA PURKEY. (Attachments: # 1 Supplement Table of Contents)(Woodman, Rebecca) Modified on 9/3/2019 - created link to 1 (RSF). (Entered: 08/30/2019) |
| 09/03/2019 | 12 | NOTICE of Appearance by Brian L. Reitz on behalf of Respondents UNITED STATES OF AMERICA, WARDEN. (Reitz, Brian) (Entered: 09/03/2019) |
| 09/03/2019 | 13 | NOTICE of Appearance by Jeffrey E. Valenti on behalf of Respondents UNITED STATES OF AMERICA, WARDEN. (Valenti, Jeffrey) (Entered: 09/03/2019) |
| 09/03/2019 | 14 | NOTICE of Appearance by Brian Patrick Casey on behalf of Respondents UNITED STATES OF AMERICA, WARDEN. (Casey, Brian) (Entered: 09/03/2019) |
| 09/04/2019 | 15 | ORDER granting 10 Motion to Appoint Counsel. The Court appoints Rebecca E. Woodman as counsel to represent Petitioner for all proceedings in this matter. Such appointment shall be deemed effective as of the date this action was filed, August 27, 2019. (See Order.) Signed by Judge James Patrick Hanlon on 9/4/2019. (RSF) (Entered: 09/04/2019) |
| 09/04/2019 | 16 | ORDER - granting 3 Motion to Appear pro hac vice. Attorney Michelle M. Law for WESLEY IRA PURKEY added. Applicant shall register for electronic filing, as required by Local Rule 5-3, within ten (10) days of the entry of this Order. (See Order.) Copy to PHV Applicant via US Mail. Signed by Magistrate Judge Doris L. Pryor on 9/4/2019. (DMW) (Entered: 09/04/2019) |
| 09/06/2019 | 17 | ***PLEASE DISREGARD - CORRECTED DOCUMENT AT 18 ***NOTICE of Appearance (Mahoney, Kathleen) Modified on 9/9/2019 (RSF). (Entered: 09/06/2019) |
| 09/06/2019 | 18 | NOTICE of Appearance by Kathleen D. Mahoney on behalf of Respondents UNITED STATES OF AMERICA, WARDEN. (Mahoney, Kathleen) (Entered: 09/06/2019) |
| 09/09/2019 | 19 | MOTION to Appoint Counsel , filed by Petitioner WESLEY IRA PURKEY. (Law, Michelle) (Entered: 09/09/2019) |
| 09/09/2019 | 20 | Submission of Proposed Order , re 19 MOTION to Appoint Counsel , filed by Petitioner WESLEY IRA PURKEY. (Law, Michelle) (Entered: 09/09/2019) |
| 09/11/2019 | 22 | ORDER - On September 6, 2019, the Court received a two-page document prepared by Petitioner Wesley Purkey styled, "Motion to Withdraw Petition for Habeas Corpus." The Court does not accept this document for filing because Mr. Purkey is represented by counsel. The document was inadvertently docketed at docket 21 and has since been restricted. The parties should disregard the document. The document will be forwarded to Mr. Purkey's counsel who, consistent with counsel's professional obligations, shall review the document and decide what action, if any, should be taken regarding the issues raised therein. The clerk is directed to send a copy of docket 21 by United States Mail to Mr. Purkey's counsel. Copies distributed pursuant to distribution list. Signed by Judge James Patrick Hanlon on 9/11/2019.(RSF) (Entered: 09/11/2019) |
| 09/12/2019 | 23 | AMENDED PETITION *with redacted appendix* filed by WESLEY IRA PURKEY. (Attachments: # 1 Appendix, # 2 Appendix pp. 1 - 26, # 3 Appendix pp. 27 - 42, # 4 Appendix pp. 43 - 56, # 5 Appendix pp. 57 - 171, # 6 Appendix pp. 172 - 216, # 7 Appendix pp. 217 - 265, # 8 Appendix pp. 266 - 273, # 9 Appendix pp. 274 - 283, # 10 Appendix pp. 284 - 303, # 11 Appendix pp. 304 - 353, # 12 Appendix pp. 354 - 427, # 13 Appendix pp. 428 - 522, # 14 Appendix pp. 523 - 570, # 15 Appendix pp. 571 - 678, # 16 Appendix pp. 679 - 787, # 17 Appendix pp. 788 - 832, # 18 Appendix pp. 833 - 887, # 19 Appendix pp. 888 - 907, # 20 Appendix pp. 908 - 983, # 21 Appendix pp. 984 - 993, # 22 Appendix pp. 994 - 1002, # 23 Appendix pp. 1003 - 1014, # 24 Appendix pp. 1015 - 1020, # 25 Appendix pp. 1021 - 1026, # 26 Appendix pp. 1027 - 1032, # 27 Appendix pp. 1033 - 1038, # 28 Appendix pp. 1039 - 1044, # 29 Appendix pp. 1045 - 1050, # 30 Appendix pp. 1051 - 1056, # 31 Appendix pp. 1057 - 1062, # 32 Appendix pp. 1063 - 1068, # 33 Appendix pp. 1069 - 1074, # 34 Appendix pp. 1075 - 1080, # 35 Appendix pp. 1081 - 1165, # 36 Appendix pp. 1166 - 1439, # 37 Appendix pp. 1440 - 1783, # 38 Appendix pp.1784 - 2097, # 39 Appendix pp. 2098 - 2222, # 40 Appendix pp. 2223 - 2465)(Woodman, Rebecca) Modified on 9/12/2019 (RSF). (Entered: 09/12/2019) |

| 09/16/2019 | 24 | ORDER - On September 13, 2019, the Court received a one-page document prepared by Petitioner Wesley Purkey styled, "Motion to Rescind Petitioner's Pro Se Motion to Withdraw Petition(s)." The Court does not accept this document for filing because Mr. Purkey is represented by counsel. The document will be forwarded to Mr. Purkey's counsel who, consistent with counsel's professional obligations, shall review the document and decide what action, if any, should be taken regarding the issues raised therein. The clerk is directed to send a copy of the above referenced document by United States Mail to Mr. Purkey's counsel. Original to Attorney Woodman. Signed by Judge James Patrick Hanlon on 9/16/2019.(RSF) (Entered: 09/16/2019) |
|---|---|---|
| 09/24/2019 | 25 | SEALED *Transcript of Suppression Hearing held October 17, 2002*, filed by Respondent UNITED STATES OF AMERICA. (Attachments: # 1 Transcript)(Casey, Brian) (Entered: 09/24/2019) |
| 09/24/2019 | 26 | SEALED *Transcript of Suppression Hearing held October 25, 2002*, filed by Respondent UNITED STATES OF AMERICA. (Attachments: # 1 Transcript)(Casey, Brian) (Entered: 09/24/2019) |
| 09/24/2019 | 27 | SEALED *Transcript of Suppression Hearing held November 15, 2002*, filed by Respondent UNITED STATES OF AMERICA. (Attachments: # 1 Transcript)(Casey, Brian) (Entered: 09/24/2019) |
| 09/24/2019 | 28 | SEALED *Trial Transcript Volume I*, filed by Respondent UNITED STATES OF AMERICA. (Attachments: # 1 Transcript)(Casey, Brian) (Entered: 09/24/2019) |
| 09/24/2019 | 29 | SEALED *Trial Transcript Volume II*, filed by Respondent UNITED STATES OF AMERICA. (Attachments: # 1 Transcript)(Casey, Brian) (Entered: 09/24/2019) |
| 09/24/2019 | 30 | SEALED *Trial Transcript Volume III*, filed by Respondent UNITED STATES OF AMERICA. (Attachments: # 1 Transcript)(Casey, Brian) (Entered: 09/24/2019) |
| 09/24/2019 | 31 | SEALED *Trial Transcript Volume IV*, filed by Respondent UNITED STATES OF AMERICA. (Attachments: # 1 Transcript)(Casey, Brian) (Entered: 09/24/2019) |
| 09/24/2019 | 32 | SEALED *Trial Transcript Volume V*, filed by Respondent UNITED STATES OF AMERICA. (Attachments: # 1 Transcript)(Casey, Brian) (Entered: 09/24/2019) |
| 09/24/2019 | 33 | SEALED *Trial Transcript Volume VI*, filed by Respondent UNITED STATES OF AMERICA. (Attachments: # 1 Transcript)(Casey, Brian) (Entered: 09/24/2019) |
| 09/24/2019 | 34 | SEALED *Trial Transcript Volume VII*, filed by Respondent UNITED STATES OF AMERICA. (Attachments: # 1 Transcript)(Casey, Brian) (Entered: 09/24/2019) |
| 09/24/2019 | 35 | SEALED *Trial Transcript Volume VIII*, filed by Respondent UNITED STATES OF AMERICA. (Attachments: # 1 Transcript)(Casey, Brian) (Entered: 09/24/2019) |
| 09/24/2019 | 36 | SEALED *Trial Transcript Volume IX*, filed by Respondent UNITED STATES OF AMERICA. (Attachments: # 1 Transcript)(Casey, Brian) (Entered: 09/24/2019) |
| 09/24/2019 | 37 | SEALED *Trial Transcript Volume X*, filed by Respondent UNITED STATES OF AMERICA. (Attachments: # 1 Transcript)(Casey, Brian) (Entered: 09/24/2019) |
| 09/24/2019 | 38 | SEALED *Trial Transcript Volume XI*, filed by Respondent UNITED STATES OF AMERICA. (Attachments: # 1 Transcript)(Casey, Brian) (Entered: 09/24/2019) |
| 09/24/2019 | 39 | SEALED *Trial Transcript Volume XII*, filed by Respondent UNITED STATES OF AMERICA. (Attachments: # 1 Transcript)(Casey, Brian) (Entered: 09/24/2019) |
| 09/24/2019 | 40 | SEALED *Trial Transcript Volume XIII*, filed by Respondent UNITED STATES OF AMERICA. (Attachments: # 1 Transcript)(Casey, Brian) (Entered: 09/24/2019) |
| 09/24/2019 | 41 | SEALED *Trial Transcript Volume XIV*, filed by Respondent UNITED STATES OF AMERICA. (Attachments: # 1 Transcript)(Casey, Brian) (Entered: 09/24/2019) |
| 09/24/2019 | 42 | SEALED *Trial Transcript Volume XV*, filed by Respondent UNITED STATES OF AMERICA. (Attachments: # 1 Transcript)(Casey, Brian) (Entered: 09/24/2019) |
| 09/24/2019 | 43 | SEALED *Trial Transcript Volume XVI*, filed by Respondent UNITED STATES OF AMERICA. (Attachments: # 1 Transcript)(Casey, Brian) (Entered: 09/24/2019) |
| 09/24/2019 | 44 | SEALED *Trial Transcript Volume XVII*, filed by Respondent UNITED STATES OF AMERICA. (Attachments: # 1 Transcript)(Casey, Brian) (Entered: 09/24/2019) |
| 09/24/2019 | 45 | SEALED *Trial Transcript Volume XVIII*, filed by Respondent UNITED STATES OF AMERICA. (Attachments: # 1 Transcript)(Casey, Brian) (Entered: 09/24/2019) |

| 09/24/2019 | 46 | SEALED *Sentencing Hearing Transcript*, filed by Respondent UNITED STATES OF AMERICA. (Attachments: # 1 Transcript)(Casey, Brian) (Entered: 09/24/2019) |
|---|---|---|
| 09/25/2019 | 47 | MOTION to Maintain Document Under Seal 34 SEALED Document (Case Participants - doc), 27 SEALED Document (Case Participants - doc), 32 SEALED Document (Case Participants - doc), 25 SEALED Document (Case Participants - doc), 35 SEALED Document (Case Participants - doc), 29 SEALED Document (Case Participants - doc), 31 SEALED Document (Case Participants - doc), 41 SEALED Document (Case Participants - doc), 39 SEALED Document (Case Participants - doc), 26 SEALED Document (Case Participants - doc), 40 SEALED Document (Case Participants - doc), 28 SEALED Document (Case Participants - doc), 45 SEALED Document (Case Participants - doc), 37 SEALED Document (Case Participants - doc), 30 SEALED Document (Case Participants - doc), 46 SEALED Document (Case Participants - doc), 44 SEALED Document (Case Participants - doc), 36 SEALED Document (Case Participants - doc), 38 SEALED Document (Case Participants - doc), 33 SEALED Document (Case Participants - doc), 42 SEALED Document (Case Participants - doc), 43 SEALED Document (Case Participants - doc) , filed by Respondent UNITED STATES OF AMERICA. (Attachments: # 1 Text of Proposed Order)(Mahoney, Kathleen) (Entered: 09/25/2019) |
| 09/27/2019 | 48 | APPENDIX *Index* by UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16)(Casey, Brian) Modified on 9/30/2019 - created link to Response 49 (RSF). (Entered: 09/27/2019) |
| 09/27/2019 | 49 | RESPONSE in Opposition re 4 MOTION to Stay re 1 Petition for Writ of Habeas Corpus , filed by Respondents UNITED STATES OF AMERICA, WARDEN. (Casey, Brian) Modified on 9/30/2019 - created link to Amended Petition at 23 (RSF). (Entered: 09/27/2019) |
| 10/01/2019 | 50 | ORDER - granting 19 Motion to Appoint Counsel. The Court appoints Michelle M. Law, Assistant Federal Public Defender, as counsel to represent Petitioner for all proceedings in this matter. Such appointment shall be deemed effective as of the date this action was filed, August 27, 2019. Signed by Judge James Patrick Hanlon on 10/1/2019. (RSF) (Entered: 10/01/2019) |
| 10/04/2019 | 51 | NOTICE of Appearance by Michelle M. Law on behalf of Petitioner WESLEY IRA PURKEY. (Law, Michelle) (Entered: 10/04/2019) |
| 10/11/2019 | 52 | ORDER granting 47 Motion to Maintain Document Under Seal - The suppression hearing, trial, and sentencing hearing transcripts (Dkt. Nos. 25 through 46) will be maintained under seal but be available to the parties and this Court. Signed by Magistrate Judge Doris L. Pryor on 10/11/2019. (JRB) (Entered: 10/11/2019) |

**Case #: 2:19-cv-00414-JPH-DLP**

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 10/17/2019 16:27:10 | | | |
| **PACER Login:** | us4852us:5699723:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:19-cv-00414-JPH-DLP |
| **Billable Pages:** | 6 | **Cost:** | 0.60 |