# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

October 17, 2019

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

---

Appellate Case No: 19-3047

Caption:
WESLEY I. PURKEY,
Petitioner

v.

JAMES P. HANLON,
Respondent

---

District Court No: 2:19-cv-00414-JPH-DLP
Clerk/Agency Rep Laura A. Briggs
District Judge James P. Hanlon

---

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**(form ID: **188**)