# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

November 7, 2019

Before

**ILANA DIAMOND ROVNER,** *Circuit Judge*
**DAVID F. HAMILTON,** *Circuit Judge*
**AMY C. BARRETT,** *Circuit Judge*

| | |
|---|---|
| No. 19-3047 | WESLEY I. PURKEY, Petitioner<br><br>v.<br><br>JAMES P. HANLON, Respondent |
| **Petition for Writ of Mandamus** | |
| District Court No: 2:19-cv-00414-JPH-DLP<br>District Judge James P. Hanlon | |

The following is before the court: **PETITION FOR A WRIT OF MANDAMUS,** filed on October 17, 2019, by the pro se petitioner.

In light of the district court's order dated November 6, 2019, resolving the issues raised in Mr. Purkey's mandamus petition,

**IT IS ORDERED** that the petition for writ of mandamus is **DENIED**.

CERTIFIED COPY

A True Copy
Teste:

form name: **c7_Order_3J**(form ID: **177**)

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit